# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IWCO Direct, | Civil File No. 06-cv-01863 MJD/AJB |
|     Plaintiff-Counterclaim Defendant, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Prime Systems, Inc. d/b/a Prime UV System, Inc., | |
|     Defendant-Counterclaim Plaintiff. | |

Based upon the Stipulation between the parties, the above-captioned matter is hereby dismissed with prejudice, without an award of fees or costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: October 10, 2006              s / Michael J. Davis
                                                  The Honorable U.S. District Judge
                                                  Michael J. Davis